STATE OF MONTANA EX REL. JAMES MOCK, RELATOR, v. DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT IN AND FOR THE COUNTY OF SWEET GRASS, THE HONORABLE JACK D. SHANSTROM PRESIDING, RESPONDENT.

No. 13588.
Decided Nov. 3, 1976.
555 P.2d 755.

James A. Tulley, Big Timber, for relator.

## ORDER

PER CURIAM.

Original proceeding.

Relator seeks an appropriate writ to suppress certain items seized under a search warrant in the case of *State of Montana vs. James Mock*, #683, pending in the respondent court.

Counsel was heard ex parte and the matter taken under advisement. The Court having now considered the matter, and it appearing that there is an adequate remedy at law, the relief sought is denied and the proceeding is dismissed.